UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DIAGEO NORTH AMERICA, INC.,

**08 CV 2522**

Plaintiff,

-against-                                                        **RULE 7.1 STATEMENT**

M/V "CALIFORNIA LUNA", her engines, boilers, etc.          08 CIV
and ORIENT OVERSEAS CONTAINER LINES LIMITED,

Defendant.

-------------------------------------------------------------------X

   Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to

enable judges and magistrates of the court to evaluate possible disqualification of recusal, the

undersigned attorney of record for Plaintiff certifies that the following are corporate parents,

subsidiaries, or affiliates of that party:


                                    DIAGEO PLC


Dated:  New York, New York
        March 11, 2008


                                            James J. Ruddy (JR-6693)