UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIAGEO NORTH AMERICA, INC.,

           Plaintiff,

  -against-

M/V "CALIFORNIA LUNA", her engines,
boilers, etc. and ORIENT OVERSEAS
CONTAINER LINES LIMITED,

           Defendants.
------------------------------------------------------------X

08 Civ. 2522

**OOCL'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Defendant certifies that ORIENT OVERSEAS CONTAINER LINE LIMITED has no corporate parents, subsidiaries, or affiliates which are publicly held or traded.

Dated: New York, NY
       June 2, 2008

                                      Attorneys for Defendant
                                      Orient Overseas Container Line, Ltd.

By:    /s/
       Thomas L. Tisdale (TT5263)
       Lauren C. Davies (LD1980)
       Tisdale Law Offices, LLC
       ttisdale@tisdale-law.com
       ldavies@tisdale-law.com
       11 West 42nd Street, Suite 900
       New York, NY 10036
       Tel: (212) 354-0025
       Fax: (212) 869-0067

## AFFIRMATION OF SERVICE

I hereby certify that on June 2, 2008, a copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                                                              _____/s/_____
                                                                                              Thomas L. Tisdale