11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2008

June 17, 2008

**MEMO ENDORSED**

<u>Via facsimile 212-805-0426</u>
Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10036

Re:  Diageo North America, Inc. v. M/V CALIFORNIA LUNA & OOCL
     Docket Number: 08 Civ. 2522
     Our File No.: 08-1856

Honorable Madam:

   We are attorneys for the Defendant Orient Overseas Container Line, Ltd. in the above captioned matter. We are writing with the consent of Plaintiff's counsel to respectfully request a brief adjournment of the Pretrial Conference scheduled for Friday June 20, 2008. Plaintiff's counsel has forwarded to me a draft of the Preliminary Pretrial Statement and I am presently preparing my additions thereto. However, we have been unable to file a completed copy sufficiently in advance of the Pretrial Conference to comply with your Honor's Standing Order.

   As Plaintiff's counsel is due to be out of town until July 15, 2008 and the undersigned will be away from August 8th through August 20th, we respectfully request that the Conference be adjourned until either late July or late August, or anytime thereafter.

   We appreciate your Honor's indulgence in this request.

Respectfully yours,

Thomas L. Tisdale

*The conference is adjourned to August 22, 2008 at 10 AM.*

<u>Via facsimile 212-376-6490</u>
James J. Ruddy
McDermott & Radzik, LLP.
Wall Street Plaza
88 Pine Street 21st Floor
New York, NY 10005

SO ORDERED.

6/17/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE