AO 440  (Rev. 10/93)  Summons in a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE  MARCH 14, 2008 |
| --- | --- |
| NAME OF SERVER (PRINT)  JAMES J RUDDY | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: OOCL by VANESSA ARENA at 8 th floor, 88 Pine st., N Y N Y 10005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___march 14 2008___
Date

Signature of Server

c/o McDermott & Radzik
Address of Server
Wall Street Plaza
88 Pine street
N Y N.Y. 10005

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.